# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 4, 2025

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  Stacey Ian Humphreys
          v. Shawn Emmons, Warden
          No. 24-826
          (Your No. 21-10387)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 31, 2025 and placed on the docket February 4, 2025 as No. 24-826.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst